UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    )
                                             )
                   Plaintiff,                )
                                             )
                                             )   CASE NO. **24-362M**
          vs.                                )
                                             )
**BRANDON JONES**                            )
                                             )
                   Defendant.                )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **31**ST day of **OCTOBER** , **2024** , ORDERED that Federal Public Defender **Eleni Kousoulis,Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
**Honorable Laura D. Hatcher**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

OCT 3 1 2024

U.S. DISTRICT COURT DISTRICT OF DELAWARE