I, BRANDON JONES having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 21st day of Nov., 20 24

_____
Deft.

_____
Cnsl.

FILED

NOV 21 2024

U.S. DISTRICT COURT DISTRICT OF DELAWARE