IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 24-108-GBW |
| BRANDON JONES, | : | |
| Defendant. | : | |

## WAIVER OF INDICTMENT

1. I, Brandon Jones, who am accused of Importation of Obscene Matters, in violation of Title 18, United States Code, Section 1462(b), being advised of the nature of the charge, the Information, and of my rights, hereby knowingly, voluntarily, and intelligently waive prosecution by Indictment and consent that the proceeding may be by Information instead of Indictment.

2. I understand that (a) unless I waive Indictment, I could not be charged with these offenses—unless the Grand Jury found probable cause to believe that I committed the offenses and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three, lay persons, and at least twelve of those grand jurors must find probable cause to believe that I committed these offenses before an Indictment could be returned; and (c) by waiving Indictment, the government will be proceeding by a document written by the United States Attorney and called an Information, and I will be prosecuted on that Information, rather than on Indictment.

3. I have read and reviewed with my counsel the charge in the Information, and I am satisfied that my counsel has properly explained the charge and this waiver to me.

4. No one has made me any promises or threatened or forced me to waive Indictment.

*[signature]*
Brandon Jones
Defendant

*[signature]*
Conor Wilson, Esquire
Attorney for Mr. Jones

Dated: May 8, 2025