# EXHIBIT A

United States v. Brandon Jones
Crim. No. 24-cr-108-GBW

Judge: Gregory Williams
AUSA: Michelle Morgan
Defense: Conor Wilson

| | a. Victim | b. Series (# of depictions) | c. Amount Requested | d. Victim Contact | e. Number of Defendants Ordered to Pay Restitution | f. Total Loss | g. Total Amount of Restitution Ordered/ Percent of Total Loss | h. Total Amount of Restitution Collected/ Percent of Total Loss | i. Percent of Total Loss Requested from the Defendant |
|---|---|---|---|---|---|---|---|---|---|
| 1 | April | Aprilblonde (3) | $3,000 | Restore the Child ITF April<br>2522 N. Proctor St., Ste 85<br>Tacoma, WA 98406 | 459 | $2,709,880 | $1,865,933 /69% | $619,385 /23% | <1% |
| 2 | Cara | Motor Couch1 (1) | $3,500 | Carol L. Hepburn ITF Cara<br>P.O. Box 17718<br>Seattle, WA 98127 | 213 | $1,186,380 | $676,250 /57% | $593,190 /50% | <1% |
| 3 | Jesse | Surfer Hair (7) | $3,000 | Deborah A. Bianco, ITF Jessy<br>P.O. Box 6503<br>Bellevue, WA 98008 | 233 | $967,254 | $769,656 /80% | $203,359 /21% | <1% |
| 4 | John Doe IV | 8kids4 (4) | $3,000 | Tanya Hankins ITF John Doe IV of the 8kids Series<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | 380 | $1,360,208 | $1,169,926 /86% | $609,108 /45% | <1% |
| 5 | John Doe V | 8kids5 (1) | $3,000 | Erik Bauer ITF John Doe 5<br>The Law Office of Erik Bauer<br>P.O. Box 1091<br>Tacoma, WA 98401 | 301 | $1,360,208 | $943,277 /69% | $496,177 /36% | <1% |

United States v. Brandon Jones
Crim. No. 24-cr-108-GBW

Judge: Gregory Williams
AUSA: Michelle Morgan
Defense: Conor Wilson

| | a. Victim | b. Series (# of depictions) | c. Amount Requested | d. Victim Contact | e. Number of Defendants Ordered to Pay Restitution | f. Total Loss | g. Total Amount of Restitution Ordered/ Percent of Total Loss | h. Total Amount of Restitution Collected/ Percent of Total Loss | i. Percent of Total Loss Requested from the Defendant |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Pia | Sweet White Sugar (1) | $3,000 | Deborah A. Bianco, ITF Pia<br>P.O. Box 6503<br>Bellevue, WA 98008 | 1270 | $2,115,763 | $4,512,734 /213% | $1,431,408 /68% | <1% |
| 7 | Sloane | Tara (2) | $4,000 | Carol L. Hepburn ITF Sloane<br>P.O. Box 17718<br>Seattle, WA 98127 | 742 | $7,789,771 | $3,116,421 /40% | $718,948 /9% | <1% |
| 8 | SV | SparklingVelvet | $3,000 | Jones Day<br>c/o Megan Benka and Tyler Loveall<br>110 N. Wacker Dr., Suite 4800<br>Chicago, Illinois 60606 | 73 | $1,565,559 | $265,250 /17% | $67,069 /4% | <1% |
| | **TOTAL** | | **$25,500** | | | | | | |